UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SCOTT JOSEPH FAULKNER,<br>   Plaintiff,<br>   v.<br>COUNTY OF RIVERSIDE, et al.,<br>   Defendants. | No. 5:24-cv-00424-ODW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amended Complaint filed by Scott Faulkner ("Plaintiff") (Dkt. 20, "SAC"), the Report and Recommendation of the Magistrate Judge (Dkt. 24, "Report"), the Objections to the Report filed by Plaintiff (Dkt. 25), the Notices of Errata/Requests to Amend filed by Plaintiff (Dkt. 26, 27). Further, the Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

  Therefore, IT IS HEREBY ORDERED that:

  1. the Report (Dkt. 24) is approved and accepted;

2. all claims against Sheriff Bianco, Cpt. Flakes, Lt. Uriarte, Lt. Rodriguez, Sgt. Coleman, Sgt. Johnson 1, Sgt. Johnson 2, Sgt. Wambaugh, Dep. Lopez, Dep. Chandler, Dep. Leyva, Dep. McKinney, Dep. Fisher, Dep. Vazquez, Dep. Zeller, Dep. Piceno, Dep. Leal 1, Cpl. Woody, Dep. Leal 2, Dep. Camacho, Sgt. Dominguez, Dep. Leavitt, Dep. Comstock, Dep. Overton, Dep. Nanez, Dep. Mitchell, Dep. Hernandez, Dep. Lucas, Dep. Gomez, N.P. Enobakhare, Nurse Robert, Nurse Tracy, Nurse Brent; Dep. Dotson, Dep. McCandless, and Dep. Espanol are dismissed with prejudice and without further leave to amend, which to be reflected in the final judgment in this action;

3. the Court accepts Plaintiff's "Notice of Errata/Request to Amend the SAC" (Dkt. 26, "Errata"); the SAC is amended to include the allegations set forth in the Errata regarding Dep. Harter only;

4. the Court denies Plaintiff's second "Notice of Errata/Request to Amend the SAC" (Dkt. 27) for the reasons stated by the magistrate judge in the order dated March 12, 2025 (Dkt. 28); and

5. the case shall proceed solely on the SAC's: (a) Fourteenth Amendment claims against the County and Dep. Myers, Cpl. Lundy, Dep. Bernart, Sgt. Murphy, Sgt. Ibrahim, Sgt. Tanger, Dr. Cudal, Nurse Sadie, and Dep. Harter; and (b) American with Disabilities Act claim against the County, and not as to any other claim or defendant.

IT IS SO ORDERED.

Dated: May 14, 2025

OTIS D. WRIGHT, II
United States District Judge

2