UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SCOTT JOSEPH FAULKNER,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00424-ODW-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amended Complaint filed by Scott Joseph Faulkner ("Plaintiff") (Dkt. 20), the Initial Scheduling Order (Dkt. 30), the magistrate judge's July 29, 2025 Order (Dkt. 35), Plaintiff's Motion to Request Service of Summons and Complaint by U.S. Marshals and Motion to Request Time Extension for Service (Dkt. 36, "Motion"), the magistrate judge's August 6, 2025 Order denying the Motion (Dkt. 37), Plaintiff's Motion for Reconsideration (Dkt. 40, "Reconsideration Motion"), the magistrate judge's August 21, 2025 Order denying Reconsideration Motion (Dkt. 41), the Report and Recommendation of the magistrate judge (Dkt. 43, "Report"), and Plaintiff's Objections to the Report (Dkt. 44). Further, the Court has engaged in a de novo review of those portions of the Report to which objections have

been made. The Court accepts the findings and recommendation of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that:

(1) the Report and Recommendation is approved and accepted; and

(2) the Fourteenth Amendment claims against the County of Riverside, Dep. Myers, Cpl. Lundy, Dep. Bernart, Sgt. Murphy, Sgt. Ibrahim, Sgt. Tanger, Dr. Cudal, Nurse Sadie, and Dep. Harter; and the Americans with Disabilities Act claim against the County of Riverside are dismissed without prejudice.

Dated: September 17, 2025

OTIS D. WRIGHT, II
United States District Judge