JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SCOTT JOSEPH FAULKNER,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>  Defendants. | Case No. 5:24-cv-00424-ODW-JDE<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge and the prior order of this Court,

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED, with all claims asserted against Sheriff Bianco, Cpt. Flakes, Lt. Uriarte, Lt. Rodriguez, Sgt. Coleman, Sgt. Johnson 1, Sgt. Johnson 2, Sgt. Wambaugh, Dep. Lopez, Dep. Chandler, Dep. Leyva, Dep. McKinney, Dep. Fisher, Dep. Vazquez, Dep. Zeller, Dep. Piceno, Dep. Leal 1, Cpl. Woody, Dep. Leal 2, Dep. Camacho, Sgt. Dominguez, Dep. Leavitt, Dep. Comstock, Dep. Overton, Dep. Nanez, Dep. Mitchell, Dep. Hernandez, Dep. Lucas, Dep. Gomez, N.P. Enobakhare, Nurse Robert, Nurse Tracy, Nurse Brent, Dep. Dotson, Dep. McCandless, and Dep. Espanol dismissed with

prejudice; the Fourteenth Amendment claims against the County of Riverside, Dep. Myers, Cpl. Lundy, Dep. Bernart, Sgt. Murphy, Sgt. Ibrahim, Sgt. Tanger, Dr. Cudal, Nurse Sadie, and Dep. Harter dismissed without prejudice; and the Americans with Disabilities Act claim against the County of Riverside dismissed without prejudice.

Dated: September 17, 2025

OTIS D. WRIGHT, II
United States District Judge